# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JEROME RANDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV409-113 |
| ) | |
| SAVANNAH POLICE ) | |
| DEPARTMENT, SEVERAL JOHN ) | |
| DOE OFFICERS, JANE DOE ) | |
| OFFICER, JUDGE TAMMY M. ) | |
| STOKES, ATTY TODD MARTIN, ) | |
| ATTY JENNIFER BURNS, ) | |
| DISTRICT ATTORNEY ISABELA ) | |
| PAULEY, and DEPUTY SHERIFF ) | |
| McARTHUR HOLMES, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed the above-captioned 42 U.S.C. § 1983 civil rights action against the defendants on July 6, 2009. Doc. 1. The Court granted him leave to proceed in forma pauperis ("IFP"), but directed him to complete and return both a Prison Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form before the case could proceed. Doc. 9. The order further advised that if he failed to

return the forms within thirty days, the Court would presume that he wished to dismiss his complaint without prejudice. Id. at 5.

Plaintiff never returned the required forms. Because the thirty-day deadline for complying with this Court's explicit directions has expired, plaintiff's § 1983 complaint should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this <u>24th</u> day of September, 2009.

<pre>                              /s/ G.R. SMITH
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA</pre>