IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME RANDOLPH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-113
)
SAVANNAH POLICE DEPARTMENT, )
OFFICER JOHN DOE, OFFICER JANE )
DOE, ATTORNEY TODD MARTIN, )
ATTORNEY JENNIFER BURNS, JUDGE )
TAMMY M. STOKES, DISTRICT )
ATTORNEY ISABEL PAULEY, and )
DEPUTY SHERIFF MCARTHUR HOLMES, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation as its Opinion in this case. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.[1]

SO ORDERED this 19th day of October, 2009.

    WILLIAM T. MOORE, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

---

[1] Because the Court has dismissed the Complaint, Plaintiff's Motion for Injunctive Relief (Doc. 7) is **DISMISSED AS MOOT**.